IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JUAN SIANEZ and FIDEL REYES ZABALA, on behalf of themselves and all other persons similarly situated, known and unknown, | ) ) ) ) |
| Plaintiffs, | ) Case No. 15-cv-02936 ) ) Judge Lee |
| v. | ) ) Magistrate Judge Soat Brown |
| INDUSTRIAL METAL ENTERPRISE, INC., | ) ) ) ) |
| Defendant. | ) |

**JOINT STIPULATION FOR VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Juan Sianez and Fidel Reyes Zabala, through their attorneys, and Defendant Industrial Metal Enterprise, Inc., through its attorneys (collectively, the "Parties"), hereby stipulate to the dismissal of Plaintiffs' Complaint and all causes of action asserted therein, in its entirety, with prejudice, and without the assessment of costs or attorneys' fees against any party.

DATED: September 14, 2015

Respectfully submitted,

| Attorneys for Plaintiffs: | Attorneys for Defendant: |
|---|---|
| By: s/Sarah J. Arendt<br>Douglas M. Werman<br>Maureen A. Salas<br>Sarah J. Arendt<br>Werman Salas P.C.<br>77 W. Washington, Suite 1402<br>Chicago, IL 60602<br>(312) 419-1008 | By: s/Owen P. Quinn<br>Richard N. Kessler<br>Owen P. Quinn<br>McDonald Hopkins, LLC<br>300 N. LaSalle Street, Suite 2100<br>Chicago, IL 60654<br>(312)280-0111 |